
### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **LAKHI MANJIT,** | ) |
| Petitioner, | ) |
| v. | ) CIVIL ACTION 08-0542-KD-M |
| **ERIC HOLDER,** **JANET NAPOLITANO,** **WARDEN DAVID O. STREIFF,** | ) |
| | ) |
| Respondents. | |

### ORDER

This matter is before the court on Lakhi Manjit's petition for writ of habeas corpus wherein he challenges his indefinite detention and asks that he be deported back to India or released from detention (doc. 1). On March 19, 2009, Magistrate Judge Bert W. Milling, Jr., entered a report and recommendation wherein he recommended that Manjit's petition be granted, that he be granted immediate supervised release, and that this action be dismissed in favor of Manjit (doc. 10). That same day, on March 19, 2009, the United States filed an answer wherein it stated that Manjit had been placed on supervised release on March 19, 2009, and was no longer in ICE/DHS custody (doc. 11).

Upon consideration of the pleadings, Manjit's petition is now moot since there remains no actual case and controversy between the parties. Manjit has obtained the relief requested in the habeas petition and there does not appear to be any remaining issues for resolution. Accordingly, unless Manjit files an objection within fifteen (15) days of receipt of this order, this action is and will be **DISMISSED** without further order of this court.

DONE this 23rd day of March, 2009.

                                          **s/ Kristi K. DuBose**
                                          **KRISTI K. DuBOSE**
                                          **UNITED STATES DISTRICT JUDGE**